IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**CORNELIUS CAMON**,

    Petitioner,

v.

**UNITED STATES OF AMERICA**,

    Respondent.

Case No. 7:03-CR-16 (HL)

Civil Action No. 7:13-CV-90174 (HL)

### ORDER

This case is before the Court on the United States' Motion to Lift the Stay of Cornelius Camon's 18 U.S.C. § 2255 motions (Doc. 110). On October 31, 2013, the Court entered an order staying both § 2255 motions pending finalization of Camon's appeal of his underlying conviction to the Eleventh Circuit (Doc. 99). The Eleventh Circuit dismissed Camon's appeal as untimely by order dated March 28, 2014 (Doc. 109). Camon's appeal is now final. The Court hereby lifts the stay of 18 U.S.C. § 2255 proceedings.

**SO ORDERED** this 25th day of April, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

aks