✎ GAM 35
(Rev. 2/06)

**Report and Order Terminating Probation
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

**CORNELIUS B. CAMON**

Crim. No.   7:03-CR-00016-002 (HL)

Cornelius Camon was originally sentenced on February 19, 2004, to 240 months in custody of the Bureau of Prisons, followed by a 10-year term of supervised release, after pleading guilty to the offense of Distribution of More Than 50 Grams of Cocaine Base. However, on January 30, 2019, his sentence was reduced to 120 months in custody of the Bureau of Prisons followed by an 8-year term of supervised release, pursuant to 18 U.S.C. § 3582(c)(1)(B). Camon has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Guide to Judiciary Policy, Volume 8, Part E (Post-Conviction Supervision), Chapter 3 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that Camon be discharged from supervision.

Respectfully submitted,

*[signature]*

Clay A. Driskell
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this   3rd   day of   May  , 2022.

s/Hugh Lawson
HUGH LAWSON
SENIOR U.S. DISTRICT JUDGE